USCA1 Opinion

 

 November 17, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1340  GERALD MASTRACCHIO, SR., Plaintiff, Appellant, v. GEORGE VOSE, JR., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Gerald Mastracchio on brief pro se. __________________ Michael B. Grant, Senior Legal Counsel, Rhode Island Department _________________ of Corrections, on brief for appellees. ____________________ ____________________ Per Curiam. We have carefully reviewed the record __________ and briefs. Plaintiff was not prejudiced by the magistrate- judge's refusal to continue the hearing and order the return of plaintiff's legal papers because it is clear that plaintiff had no liberty interest in his prison job. Sandin ______ v. Conner, 115 S.Ct. 2293 (1995); Bulger v. United States ______ ______ ______________ Bureau of Prisons, 65 F.3d 48, 50 (5th Cir. 1995). _________________ Affirmed. ________ -3-